It is questionable, to say the least, whether under these facts counsel's performance was indeed reasonable so as to satisfy the first prong of the two-pronged test for ineffective assistance set forth in *Strickland*. This conclusion is especially doubtful given that this is a capital case, posing the heaviest professional responsibility on counsel. Yet that is precisely what the en banc Court of Appeals held in this case. 863 F. 2d, at 1394. In my view, the decision below calls into question whether the *Strickland* test is to have any vitality at all. To establish that there are minimal thresholds below which counsel cannot go, I would grant the petition for certiorari.

No. 88–1101. MADISON *v.* DISTRICT OF COLUMBIA RENTAL HOUSING COMMISSION, 489 U. S. 1053;

No. 88–5169. SPISAK *v.* OHIO, 489 U. S. 1071;

No. 88–5750. CLARK *v.* OHIO, 489 U. S. 1071;

No. 88–5990. ROBINSON *v.* UNITED STATES DEPARTMENT OF EDUCATION, 489 U. S. 1048;

No. 88–6242. ROBINSON *v.* ENGLISH DEPARTMENT OF THE UNIVERSITY OF PENNSYLVANIA ET AL., 489 U. S. 1048;

No. 88–6005. STEWART *v.* ILLINOIS, 489 U. S. 1072;

No. 88–6009. CRAWFORD *v.* GEORGIA, 489 U. S. 1040;

No. 88–6078. BRITZ *v.* ILLINOIS, 489 U. S. 1044;

No. 88–6224. HENDERSON *v.* OHIO, 489 U. S. 1072;

No. 88–6292. DAVIS-EL *v.* ROBINSON, 489 U. S. 1057;

No. 88–6320. BROWN *v.* VIRGINIA, 489 U. S. 1069;

No. 88–6321. BROWN *v.* VIRGINIA, 489 U. S. 1069;

No. 88–6392. MARTIN *v.* PENNSYLVANIA, 489 U. S. 1085; and

No. 88–6451. ENTELISANO *v.* FELT, 489 U. S. 1070. Petitions for rehearing denied.

No. 88–489. McKABNEY ET UX. *v.* UNITED STATES, 488 U. S. 993. Petition for rehearing denied. JUSTICE BRENNAN took no part in the consideration or decision of this petition.

No. 88–5700. ROSBERG *v.* JACOB ET AL., 488 U. S. 984; and

No. 88–6178. HERNANDEZ *v.* UNITED STATES, 489 U. S. 1027. Motions for leave to file petitions for rehearing denied.